IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)

**FIRST GUARANTY BANK,**

    **Plaintiff,**

v.                                                Case No. 5:24-cv-00121
                                                                (Judge Volk)

**PEOPLES BANK, CARTER BANK & TRUST,
CITIZENS BANK OF WEST VIRGINIA, INC.,
GREENBRIER HOTEL CORPORATION,
GREENBRIER MEDICAL INSTITUTE, LLC,
JAMES C. JUSTICE, II, JUSTICE FAMILY
GROUP, LLC, MVB BANK, INC., and
PENDLETON COMMUNITY BANK, INC.**

    **Defendants.**

## STIPULATION

Plaintiff First Guaranty Bank ("Plaintiff") and Defendant Peoples Bank ("Defendant"), by their respective counsel, hereby stipulate that Defendant shall have an extension of time until Wednesday, May 1, 2024 within which to serve a responsive pleading to Plaintiff's Complaint.

| Prepared by: | Agreed to by: |
|---|---|
| /s/ *Lauren E. Motes* | /s/ *Roger Schlossberg* |
| Jason S. Long (WV State Bar No. 9080) | Roger Schlossberg (WV State Bar No. 7367) |
| 1033 N. Court Street | SCHLOSSBERG \| MASTRO |
| Lewisburg, WV 24901 | P. O. Box 2067 |
| Telephone: (304) 645-9120 | Hagerstown, MD 21742 |
| Facsimile: (304) 296-6116 | Email: rschlossberg@schlosslaw.com |
| Email: jason.long@dinsmore.com | |
| | and |
| Lauren E. Motes (WV State Bar No. 14053) | |
| DINSMORE & SHOHL LLP | Paul O. Clay, Jr. (WV State Bar No. 742) |
| 215 Don Knotts Blvd., Suite 310 | CLAY LAW FIRM |
| Morgantown, WV 26501 | P. O. Box 746 |
| Telephone: (304) 225-1449 | Fayetteville, WV 25840-0746 |
| Facsimile: (304) 296-6116 | Email: poclayjr@suddenlinkmail.com |
| Email: lauren.motes@dinsmore.com | *Counsel for Plaintiff* |

and

Alan H. Abes (OH Bar No. 0062423)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202
Telephone: (513) 977-8149
Facsimile:  (513) 977-8141
Email:  alan.abes@dinsmore.com
*Pro Hac Vice Admission Forthcoming*

*Counsel for Peoples Bank*