UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

FIRST GUARANTY BANK,

    Plaintiff,

v.                                 CIVIL ACTION NO.   5:24-cv-121

CARTER BANK & TRUST and
CITIZENS BANK OF WEST VIRGINIA, INC. and
GREENBRIER HOTEL CORPORATION and
GREENBRIER MEDICAL INSTITUTE, LLC and
JAMES C. JUSTICE, II and
JUSTICE FAMILY GROUP, LLC and
MVB BANK, INC. and
PENDLETON COMMUNITY BANK, INC. and

    Defendants.

**ORDER AND NOTICE**

Pursuant to *Local Rule of Civil Procedure* 16.1, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

**08/19/2024**    Motion Under FR Civ P 12(b), together with supporting briefs, memoranda, affidavits, or other such matter in support thereof.  (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 7.1(a).)

**09/16/2024**    Last day for Rule 26(f) meeting.

**09/23/2024**    Last day to file Report of Parties Planning Meeting and Scheduling Order Worksheet, available on the Court's website.   See LR Civ P 16.1.

**10/07/2024**    Telephonic Scheduling Conference at **3:30 p.m.**, before the undersigned, unless canceled. Please use call-in information: 304-461-4955; access code 289 089 196#.

**10/17/2024**    Entry of Scheduling Order.

**10/21/2024**    Last day to serve FR Civ P 26(a)(1) disclosures.

## NOTICE

The provision of *Federal Rules of Civil Procedure* 14 and 15 with respect to the time in which to file third-party claims and to amend pleadings without leave of court are not affected by this Order and Notice.

Pursuant to *Local Rules of Civil Procedure* 16.1 and 73.1, the parties are informed of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, including entry of judgment, as authorized by 28 U.S.C.§ 636.  The parties may consent by filing a Consent to Jurisdiction by a United States Magistrate Judge (*Local Rule of Civil Procedure* 73.1, Form 34), or by so indicating on the Report of Parties Planning Meeting and Scheduling Order Worksheet, all of which are available on the Court's website.

ENTERED:   July 19, 2024

Frank W. Volk
United States District Judge