Rev. 05/2024

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

FIRST GUARANTY BANK,

*Plaintiff(s)*

v.

PEOPLES BANK, et al.,                                   **Civil Action No.** 24-CV-00121

*Defendant(s)/*
*Third-Party Plaintiff(s)*

v.

*Third-Party Defendant(s)*

## <u>DISCLOSURE STATEMENT</u>

Pursuant to F R Civ P 7.1 or F R Crim P 12.4,  ____First Guaranty Bank____
                                               *(name of party/intervenor)*

who is  _____Plaintiff_____  makes the following disclosure:
        *(type of party (plaintiff/defendant/other)*

1.  Is the party/intervenor a publicly held corporation or other publicly held entity?

    ☐ Yes      ☑ No

2.  Does the party/intervenor have any parent corporations?

    ☑ Yes      ☐ No

    If yes, identify all parent corporations:

    ┌─────────────────────────────────────────────────────────────┐
    │ First Guaranty Bancshares, Inc., a Louisiana business corporation │
    │                                                               │
    │                                                               │
    └─────────────────────────────────────────────────────────────┘

3.  Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    ☑ Yes        ☐ No

    If yes, identify all such owners:

    First Guaranty Bancshares, Inc. (100%)

4.  In a case based on diversity jurisdiction under 28 U.S.C. § 1332(a), the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor making this disclosure:

None
_____        _____
*(individual or entity)*                  *(state of citizenship)*

_____        _____
*(individual or entity)*                  *(state of citizenship)*

_____        _____
*(individual or entity)*                  *(state of citizenship)*

_____        _____
*(individual or entity)*                  *(state of citizenship)*

If there are additional individuals or entities, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under F R Civ P 7.1 or F R Crim P 12.4, it will promptly file a supplemental statement upon any change in the information that this statement requires.

*Date:* ____August 5, 2024____        *s/* Roger Schlossberg
                                        _____
                                        *Signature of Counsel for Party*

                *Name:* Roger Schlossberg

        *State Bar No.:* 7367

                *Office:* Schlossberg | Mastro

        *Mailing Address:* P.O. Box 2067

        *State/City/Zip Code:* Hagerstown, MD 21742

            *Telephone:* 301-739-8610

                *Email:* rschlossberg@schlosslaw.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this **5th** day of **August 2024**, I served a copy of the foregoing

*Plaintiff's Disclosure Statement* upon all counsel of record herein electronically via CM/ECF.

 

                                             */s/ Roger Schlossberg*
                                             Roger Schlossberg (WV Bar # 7367)