IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| FIRST GUARANTY BANK,<br><br>   Plaintiff,<br><br> v.<br><br>PEOPLES BANK, et al.,<br><br>   Defendants. | Civil Action No. 5:24-cv-00121 |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that Raymond S. Franks II of the law firm Carey Douglas Kessler & Ruby PLLC, of Charleston, West Virginia, hereby enters his appearance as counsel for Defendants Greenbrier Hotel Corp., Greenbrier Medical Institute, LLC, Justice Family Group, LLC, and James C. Justice II..

DATED:	September 11, 2024


*/s/ Raymond S. Franks II*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
Jordan L. Damron (WVSB #13284)
CAREY DOUGLAS KESSLER & RUBY PLLC
707 Virginia Street East, Suite 901
Charleston, WV  25301
Telephone:	(304) 345-1234
Facsimile:	(304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
jdamron@cdkrlaw.com

***Counsel for Defendants Greenbrier Hotel Corp., Greenbrier Medical Institute, LLC, Justice Family Group, LLC, and James C. Justice II***

## **CERTIFICATE OF SERVICE**

      I, Raymond S. Franks II, hereby certify that a copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was electronically filed on September 11, 2024, via the Court's CM/ECF System, which will send notification of such filing to counsel of record.

                                           */s/ Raymond S. Franks II*
                                          Raymond S. Franks II (WVSB #6523)