IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(Beckley Division)

| | |
|---|---|
| FIRST GUARANTY BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No.:  24-CV-00121 |
| | ) |
| PEOPLES BANK, *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL AS TO COUNT II OF COMPLAINT

Plaintiff, First Guaranty Bank, and Defendant, Peoples Bank, by their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that Count II of Plaintiff's *Complaint* herein shall be, and is hereby, DISMISSED WITH PREJUDICE.

Respectfully submitted,

SCHLOSSBERG | MASTRO                    DINSMORE & SHOHL LLP

By:    */s/ Roger Schlossberg*            By:    */s/ Lauren Motes*
  Roger Schlossberg, WV Bar # 7367        Lauren Motes, WV Bar # 14053
  Frank J. Mastro, admitted *pro hac vice*   215 Don Knotts Blvd., Suite 310
  P.O. Box 2067                              Morgantown, WV 26501
  Hagerstown, MD 21742                       lauren.motes@dinsmore.com
  rschlossberg@schlosslaw.com               (304) 225-1449
  fmastro@schlosslaw.com
  (301) 739-8610                              */s/ Alan Abes*
  *Attorneys for Plaintiff,*                 Alan Abes, admitted *pro hac vice*
  *First Guaranty Bank*                      255 East Fifth Street, Suite 1900
                                             Cincinnati, OH 45202
                                             alan.abes@dinsmore.com
                                             (513) 977-8149
                                             *Attorneys for Defendant,*
                                             *Peoples Bank*

Page 1 of 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **3rd** day of **February 2025**, I served a copy of the foregoing *Stipulation of Dismissal as to Count II of Complaint* upon all counsel of record herein electronically via CM/ECF.

*/s/ Roger Schlossberg*
Roger Schlossberg (WV Bar # 7367)